# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: COLLECTO, INC., TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION                                                   MDL No. 2513

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO - 4)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On February 18, 2014, the Panel transferred 2 civil action(s) to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 999 F.Supp.2d 1373 (J.P.M.L. 2014). Since that time, 6 additional action(s) have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Richard G Stearns.

It appears that the three actions on this conditional transfer order encompasses claims relating to (1) allegations that Collecto, Inc., used an automated telephone dialing system to call plaintiffs on their cellular phones, which involve questions of fact that are common to the actions previously transferred to MDL No. 2513; (2) allegations that Collecto Inc., engaged in abusive collection practices in violation of federal and state fair debt collection laws, which do not involve common questions of fact with the actions in MDL No. 2513; and (3) allegations concerning the conduct of debt collection companies unrelated to Collecto, Inc., which do not involve common questions of fact with the actions in MDL No. 2513.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the actions on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of February 18, 2014, and, with the consent of that court, assigned to the Honorable Richard G. Stearns.

The counts concerning alleged violations of federal and state fair debt collection laws and other alleged debt collectors, which do not relate to Collecto's alleged use of an automated telephone

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 29, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case MDL No. 2691 Document 45 Filed 04/29/16 Page 2 of 3

dialing system to call plaintiffs on their cellular telephones, are separated and simultaneously remanded to their respective transferor courts as follows:

In *Marion*, Count 1;

In *Meininger*, Counts 1, 2, 4 and 5 of the amended complaint[1];

In *Bauman*, Counts 1, 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15[2] of the amended complaint.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

---

[1] In *Meininger*, Counts 7 and 8 previously were dismissed and, thus, are excluded from this order.

[2] In *Bauman*, Counts 16 and 17 previously were dismissed. and, thus, are excluded from this order.

**IN RE: COLLECTO, INC., TELEPHONE
CONSUMER PROTECTION ACT (TCPA)
LITIGATION**   MDL No. 2513

### SCHEDULE CTO−4 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| FLM | 8 | 15−ap-00434 | Meininger v. Collecto, Inc., et al |
| FLM | 8 | 15−ap-00631 | Bauman v. Pinnacle Credit Services, LLC |
| NEVADA | | | |
| NV | 2 | 16−00623 | Marion v. Collecto, Inc. |